JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kesean Harvey Davis, )<br>)<br>         Plaintiff, )<br>)<br>   v. )<br>)<br>Khalil M. Ibrahim., et al. )<br>)<br>         Defendant(s). )<br>_____ ) | SACV 21-01032-JVS (ADSx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: February 14, 2022

_____
James V. Selna
United States District Judge